■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGELO ESPINAL, Appellant. [39 NYS3d 803]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 10, 2005 (*People v Espinal*, 14 AD3d 516 [2005]), affirming (1) a judgment of the Supreme Court, Queens County, rendered April 27, 2000, and (2) a resentence of the same court imposed June 27, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Dillon, J.P., Hinds-Radix, Maltese and Barros, JJ., concur.